```
               IN THE UNITED STATES DISTRICT COURT
              FOR THE MIDDLE DISTRICT OF GEORGIA
                         COLUMBUS DIVISION
```

| | | |
|---|---|---|
| W.M-S., | * | |
|     Petitioner, | * | |
| vs. | * | |
| TERRENCE DICKERSON, | * | CASE NO. 4:24-cv-199 |
|     Respondent. | * | |
| | * | |

<u>O R D E R</u>

This matter is before the Court pursuant to a Report and Recommendation by the United States Magistrate Judge entered on June 12, 2025. There was no objection to this Recommendation as permitted by 28 U.S.C. § 636(b)(1). Therefore, the Court reviews the Recommendation for clear error. Finding no clear error, the Court adopts the Recommendation of the Magistrate Judge and makes it the order of this Court.

    IT IS SO ORDERED, this 10th day of July, 2025.

<u>s/Clay D. Land</u>
CLAY D. LAND
U.S. DISTRICT COURT JUDGE
MIDDLE DISTRICT OF GEORGIA